AO 106 (Rev. 04/10) Application for a Search Warrant



FILED

FEB 1 0 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  **14MJ0519**
Priority Mail parcel # 9114 9012 3080 1165 7826 02 )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel # 9114 9012 3080 1165 7826 02  which is in the custody of the US Postal Inspection Service

located in the _____Southern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mail, including money and/or monetary instruments for payment of controlled substances, in violation of Title 21, USC, Sections 841(a)(1), 843(b) and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substance |
| 21 U.S.C. § 843(b) | Use of communication facility (mail) to distribute controlled substance |
| 21 U.S.C. § 846 | Conspiracy to distribute controlled substance |

The application is based on these facts:

See attached affidavit incorporated herein by reference and made part of this application.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

A. Villarreal, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-10-14

_____
*Judge's signature*

City and state: San Diego, CA                 Nita L. Stormes, US Magistrate Judge
*Printed name and title*



## AFFIDAVIT FOR SEARCH WARRANT

I, Antonio Villarreal, being duly sworn hereby depose and state:

1.  I am a United States Postal Inspector currently assigned to the San Diego Field Office of the Postal Inspection Service and my duties include investigating violations of the Drug Abuse Prevention and Control Act.

2.  This affidavit is submitted in support of an application for a search warrant for the following Priority Mail parcel:

    a) Priority Mail parcel # 9114 9012 3080 1165 7826 02 is addressed as follows: "Marcus Wilson, 606 Arrington, Memphis, TN 38107". The return address written on the parcel is: "Wilma Crawford, 4027 Via Del Bardo, San Ysidro, CA 92173".

3.  I have been employed as a Postal Inspector since February 1993. From February 1993 through May 1993, I attended the Basic Postal Inspector Academy. Starting October 2008, I was assigned to the Prohibited Mailings Illegal Narcotics Team. Prior to my employment as a Postal Inspector, I was employed as a police officer with the Fresno Police Department. During that time, I was involved in several narcotics related investigations. I received California Peace Officer and Standards Training (P.O.S.T.) in drug identification and influence and training by the U.S. Postal Inspection Service which included instruction regarding individuals using the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders to launder the proceeds of controlled substances transactions.

1

4. Based upon my training, experience and discussions with other Postal Inspectors and agents I know the following in summary:

   a. Individuals who regularly handle controlled substances leave the scent of controlled substances on the currency and other items they handle. Proceeds from these sales are often stored in close proximity to the controlled substances, thereby transferring the odor of the controlled substance to the monies and packaging materials. Narcotic canines are trained to alert on the scents of controlled substances.

   b. The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

   c. Ongoing investigations have disclosed that Express Mail and Priority Mail have become a method of choice by drug dealers for the transportation of contraband or the proceeds of narcotic sales.

   d. I know that Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

   e. Drug dealers prefer the U.S. Mail, (but will sometimes utilize commercial shipping companies), specifically "Express Mail" or "Priority Mail," for the narcotic or

2

narcotic proceeds transportation for various reasons, some of which are listed below:

1. Items sent via "Express Mail" or "Priority Mail" are considered to be first-class mail, therefore, cannot be examined without a Federal Search Warrant.

2. "Express Mail" is usually requested to be delivered by the next day's mail.

3. "Priority Mail" is usually requested to be delivered within two days of mailing.

4. Dispatch times for "Express Mail" are specific and are controllable by the mailer/shipper.

5. Any delay to the mail is an indication to the mailer the mail items have been possibly compromised by law enforcement agencies to obtain a search warrant.

6. While it is not always the case that a delay of "Express Mail" or "Priority Mail" is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of "Express Mail" or "Priority Mail" by United States Postal Service.

7. "Express Mail" and Priority Mail" may weigh up to 70 pounds and is desired for large volume shipments.

f. Businesses are more likely to use Express Mail and Priority Mail than First-class Mail in the course of normal business and will often use an Express Mail Corporate Account Number for the billing of the mailed articles.

g.  Criminals who are involved in trafficking of controlled substances and drug proceeds will often receive multiple Express Mail articles within a short time period of each other.

h.  Criminals who are involved in trafficking of controlled substances and drug proceeds will often use multiple Post Office Boxes, Commercial Receiving Mail Agencies and addresses in foreign countries to conceal their true identities and place of residence.

i.  I also know that drug related parcels containing currency, checks or money orders sometimes do not contain the presence of controlled substances because persons involved in shipping often utilize packing methods and sanitation procedures to conceal the odor of controlled substances.

j.  I also know from talking to U.S. Postal Service Supervisors and employees responsible for handling the mail that Express Mail is insured for up to $100 in case of loss or damage. Insurance for Priority Mail may be purchased at an additional fee. Customers are discouraged from sending U.S. currency via the U.S. Mails and are encouraged to purchase negotiable instruments as a means to send currency by the U.S. Postal Service.

5.  The information in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

6. On February 6, 2014 Postal Inspectors were conducting a routine mail interdiction at the Margaret L. Sellers Processing & Distribution Center in San Diego, CA. Postal Inspectors became suspicious of a Priority Mail parcel addressed to Marcus Wilson, 606 Arrington, Memphis, TN 38107 for the following reasons: The address on the Priority Mail parcel was handwritten. The size, shape and appearance of the parcel were consistent with parcels previously identified in other investigations that contained illegal drugs, controlled substances or proceeds from illegal drugs or controlled substances destined to Tennessee.

7. On February 6, 2014 Postal Inspectors conducted a search of an address database system for the return address of 4027 Via Del Bardo, San Ysidro, CA 92173. The search revealed that the address of 4027 Via Del Bardo, San Ysidro, CA 92173 was a valid address but was not associated with the name of Wilma Crawford.

8. On February 6, 2014 Postal Inspectors conducted a search of an address database system which revealed that the address on the parcel, "606 Arrington, Memphis, TN 38107" was a valid address but not associated with the name of Marcus Wilson.

9. On February 7, 2014 Postal Inspectors met with US Customs and Border Protection Border Patrol Canine Handler Charles Rogers and his trained narcotic detection canine, Cass, at the Midway Processing & Distribution Facility, located at 2535 Midway Drive, San Diego, CA. Agent Rogers and Cass conducted an exterior examination of the Priority Mail parcel. When Cass examined the parcel, Agent Rogers told me that Cass alerted to the presence of the odor of controlled substances. Agent Rogers told me both he and canine Cass were last certified on September 11, 2013, in the detection of the odors of cocaine, marijuana, heroin and methamphetamine, I secured the subject parcel pending an application for a search warrant.

10. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances are being concealed in the Priority Mail parcel as described above and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the articles, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

_____

Antonio Villarreal

Postal Inspector

Sworn to before me, and subscribed in my presence, on this

_10_ day of _Feb._, 2014.

_____

Nita L. Stormes

U.S. Magistrate Judge

6